UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEVE BATTA, an individual and on behalf of others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>YRC INC. DBA YRC FREIGHT, YRC WORLDWIDE, INC., and DOES 1-100 inclusive,<br><br>　　　　　　Defendants. | Case No.: 5:20-cv-02529-TJH-Ex<br><br>**ORDER OF DISMISSAL PURSUANT TO F.R.C.P. 41(a) [JS-6]**<br><br>Judge: Hon. Terry J. Hatter, Jr.<br>Action Filed: October 13, 2020 |

1   This Court having reviewed the parties' Stipulation of Dismissal Pursuant to
2   F.R.C.P. 41(a), and good cause appearing therefor, **IT IS HEREBY ORDERED**
3   **THAT:**
4   The Clerk of the Court is directed to dismiss Plaintiff's Individual Claim <u>with</u>
5   prejudice and the Class Claim <u>without</u> prejudice.  All other existing dates and
6   deadlines in this matter, including the Final Pretrial Conference scheduled for March
7   20, 2023, are hereby vacated.

**IT IS SO ORDERED.**

DATED: JANUARY 31, 2023

_Terry J. Hatter, Jr._
Honorable Terry J. Hatter, Jr.
United States District Judge